# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 03-3781

———————

Wylla B. Johnson,               *
                                   *

         Appellant,       *

                                   *   Appeal from the United States

     v.                         *   District Court for the Western

                                   *   District of Missouri.

Jo Anne B. Barnhart, Commissioner,  *

Social Security Administration,      *      [UNPUBLISHED]

                                   *

         Appellee.       *


———————

Submitted:  May 14, 2004
Filed:  June 28, 2004 (Corrected 11/29/04)

———————

Before MORRIS SHEPPARD ARNOLD, BEAM, and MELLOY, Circuit Judges.

———————

PER CURIAM.

     Wylla B. Johnson appeals the district court's[1] order affirming an administrative law judge's (ALJ) finding that she was not eligible for supplemental security income under Title XVI of the Social Security Act. Having reviewed the record, we conclude that the ALJ's finding was supported by substantial evidence. This case presents no

———————

[1]The Honorable James C. England, United States Magistrate Judge for the Western District of Missouri, to whom the case was referred for final disposition by consent of the parties under 28 U.S.C. § 636(c).

novel issues to justify an extended discussion.  Accordingly, we affirm the district court's judgment.  <u>See</u> 8th Cir. R. 47B.

_____